# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 17 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR 21-216 JD |
| JAMES DANIEL GARRETT and KENNETH DALE GARRETT, | ) Violations: 18 U.S.C. § 922(u) <br> 18 U.S.C. § 2(a) |
| Defendants. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Theft of a Firearm from Licensee)**

On or about May 15, 2021, in the Western District of Oklahoma,

-------------------------------- **JAMES DANIEL GARRETT and KENNETH DALE GARRETT** ------------------------------------

did knowingly and unlawfully steal, take, and carry away from the premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, to wit: Bass Pro Shops Outdoor World, 200 Bass Pro Dr., Oklahoma City, Oklahoma 73104, the following firearm: an Huglu Cooperative, model Silver Eagle RZ17, 12-gauge shotgun, bearing serial number 39-I21PT-1249, which was in the business inventory of Bass Pro Shops and which had previously been shipped or transported in interstate commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(u), and Title 18, United States Code, Section 2(a), the penalty for which is found at Title 18, United States Code, Section 924(i)(1).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

STANLEY J. WEST
Assistant United States Attorney